IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DEMONSIA LAPEZ RICKS, #172290, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.  2:11cv128-TMH |
| | ) | (WO) |
| CHERYL PRICE, WARDEN, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

**ORDER**

On January 6, 2014, the magistrate judge filed a recommendation in this case that the petition of habeas corpus relief filed pursuant to 28 U.S.C. § 2254 be dismissed with prejudice.  Upon an independent and de novo review of the file in this case and upon consideration of the recommendation of the magistrate judge, it is ORDERED and ADJUDGED that the recommendation of the magistrate judge (Doc. # 25) is adopted and that the petition for habeas corpus relief (Doc. # 1) is denied.

Done this 10th  day of March, 2014.

　　　　　　　　　　　　　　　　　　  /s/  Myron H. Thompson
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE